IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IN RE: APPLICATION OF SAILED TECHNOLOGY (BEIJING) CO., LTD. | ) | 1:22-mc-24 (LMB/WEF) |

ORDER

Sailed Technology (Beijing) Co., Ltd. has filed an Ex Parte Application for U.S. Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782 ("Ex Parte Application") seeking to serve subpoenas on Amazon.com, Inc. and Amazon.com Services, LLC (collectively, "Amazon") for discovery "for use in ongoing civil actions pending in the Nanjing Intellectual Property Court." [Dkt. No. 1]. Amazon's second corporate headquarters, "HQ2," in Arlington, Virginia, is still under construction. Because Amazon currently has a corporate headquarters in Seattle, Washington, the Court finds that the Ex Parte Application would be better addressed in the Western District of Washington. Accordingly, it is hereby

ORDERED that the Ex Parte Application [Dkt. No. 1] be and is TRANSFERRED to the United States District Court for the Western District of Washington.

The Clerk is directed to transfer the Ex Parte Application to the United States District Court for the Western District of Washington, to forward copies of this Order to counsel of record, and to close this miscellaneous case.

Entered this 20th day of September, 2022.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge